IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT ) ) ) ) ) | Case No.   4:24-mj-21<br><br>**[FILED UNDER SEAL]** |

I, Jason Noble, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a certified police officer for the Des Moines Police Department (DMPD) and have been so employed since July of 2005. I am presently assigned to the Des Moines Police Department's Vice & Narcotics Control Section (VNCS) as a Narcotics Investigator and have been so assigned since January 2016. I have received special training in the enforcement of laws concerning controlled substances. In connection with my duties and responsibilities as a law enforcement officer, I have testified in judicial proceedings and prosecutions for violations of laws concerning controlled substances. During my law enforcement career, I have participated in numerous investigations involving the unlawful distribution of controlled substances in violation of federal and state laws, which led to arrests, convictions of violators, and seizures of controlled substances and proceeds gained from illegal activity.

2. In the course of my duties, I have assisted in Title III investigations; performed physical, electronic, and Global Positioning System (GPS) surveillance; engaged in undercover drug transactions; executed search warrants; debriefed informants; interviewed witnesses; reviewed recorded conversations involving drug trafficking activities; and analyzed telephone toll records and other records kept by or relating to drug traffickers. I have completed a twenty-three-week training academy at the Des Moines Regional Police Academy and have received in-service training on law updates and drug trends while assigned to the Des Moines Police Department. I have attended an 80-hour Narcotics Investigations Course and a 24-hour Drug Investigations and Clandestine Methamphetamine Laboratory Course. I also have attended numerous courses covering topics such as cellular telephone investigations, basic data recovery analysis, surveillance techniques, interrogation techniques, interview techniques, and intelligence techniques for law enforcement.

3. Based on my training and experience, I have the requisite expertise to identify a host of controlled substances to include marijuana, methamphetamine, cocaine, counterfeit Oxycodone (fentanyl), commonly known as "M-30" pills, and am intimately familiar with the modus operandi of drug traffickers.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that Sharmarke Mohamed has committed violations of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) (possession with intent to distribute a controlled substance).

## PROBABLE CAUSE

5. Since November 2023, Des Moines Police Department Vice-Narcotics

Investigators have been investigating SHARMARKE OMAR MOHAMED and his illegal distribution of counterfeit Oxycodone (M-30) pills. I know from my training and experience that these counterfeit pills contain Fentanyl and are marketed as such.

6. On January 21, 2024, at the request of DMPD-NCU Investigators, Iowa State Patrol conducted a traffic stop on a black 2024 BMW X5 with Minnesota plates KNM193 in Decatur County, Iowa, that was traveling north toward Des Moines from the area of Arizona.

7. MOHAMED was identified as the driver of the BMW. There were two other occupants in the vehicle.

8. Pursuant to a federal search warrant, the BMW was searched. Investigators seized approximately 30,000 counterfeit pills in six Ziploc baggies that were found in a black plastic grocery sack inside of a grey zip bag in the rear luggage area of the BMW. The approximately 30,000 pills weighed approximately 3,182 grams.

9. Based on my training and experience, I know that approximately 30,000 counterfeit pills is entirely consistent with drug distribution and not personal use.

10. During a post-*Miranda* interview with MOHAMED, he admitted knowledge and possession of the counterfeit pills within the BMW. MOHAMED expressed knowledge that the counterfeit pills were known to contain fentanyl. MOHAMED further admitted that he was traveling from Arizona and the purpose of the trip was to acquire a new supply of counterfeit pills to be distributed within

the Southern District of Iowa.

## CONCLUSION

11. Based on the facts contained in this affidavit, there is probable cause to believe that Sharmarke MOHAMED has committed violations of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) (possession with intent to distribute a controlled substance).

I further state and declare that all of the statements and information contained herein are true and correct to the best of my knowledge, information and belief.

_____
Jason Noble, Narcotics Investigator
Des Moines Police Department

This application and affidavit were presented to me by Assistant United States Attorney Mallory E. Weiser.

Subscribed and sworn to before me this 22nd day of January 2024.

_____
The Honorable Helen C. Adams
Chief United States Magistrate Judge

4